IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PATRICK VANGOETHEM,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM LAWTON and CORIZON MEDICAL DIRECTOR,<br><br>　　　　　Defendants. | CIVIL ACTION<br>NO. 13-6696 |

### ORDER

**AND NOW**, this 20th day of March, 2015, upon consideration of Plaintiff's Amended Complaint, and the Motion to Dismiss filed by Defendant William Lawton, it is hereby **ORDERED** as follows:

1. The Motion to Dismiss of Defendant, William Lawton (Docket No. 12) is **GRANTED** and Defendant Lawton is dismissed from this action with prejudice;

2. The Amended Complaint is **DISMISSED** without prejudice as to Defendant, Corizon Medical Director;

3. Plaintiff may file a second amended complaint as to Defendant Corizon Medical Director ONLY within thirty (30) days of the date of this order if he can do so in accordance with the Federal Rules of Civil Procedure and if federal jurisdiction exists; and

4. If Plaintiff chooses to file a Second Amended Complaint as to Corizon Medical Director, a summons is to issue, and service of the summons and

2

Second Amended Complaint shall be made upon Corizon by the U.S. Marshals Service.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**Jeffrey L. Schmehl, J.**